NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

2009-7118

LAWRENCE E. THOMPSON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-2103, Judge William A. Moorman.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

Lawrence E. Thompson moves for reconsideration of the court's order dismissing his appeal for failure to pay the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

Thompson's motion is denied.

FOR THE COURT

NOV 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Lawrence E. Thompson
Russell A. Shultis, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 13 2009

JAN HORBALY
CLERK